AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |  |
|---|---|---|
| Travis Banquer Gall, | | |
| *Plaintiff* | | |
| v. | ) | Civil Action No.    1:15-cv-01609-BHH |
| | ) | |
| | ) | |
| | ) | |
| Tammy Childs, Greenville County Department of Social Services; Cheri Lyda, Greenville County Sheriffs Department, | ) | |
| *Defendant*S | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■    The plaintiff, Travis Banquer Gall, shall take nothing of the defendants, Tammy Childs and Cheri Lyda, and this
action is dismissed without prejudice.

This action was *(check one)*:
❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended
dismissing the complaint without prejudice.

Date:    October 8, 2015                                *ROBIN L. BLUME, CLERK OF COURT*


                                                                        s/M. Walker

                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*